

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 15 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE: * | |
| GRAND JURY * | MISC. NO. B-99-017 |
| INVESTIGATION | |
| CONCERNING * | |
| MANUEL ALBERTO MARTINEZ | |

## ORDER GRANTING ACCESS TO GRAND JURY MATERIALS AND TO SEAL

The Court has considered the government's motion for access to materials gathered in the above referenced grand jury and to seal and finds that it should be granted. It is therefore hereby **ORDERED**:

The Assistant United States Attorneys, as listed in the subject motion, are hereby granted access to all materials gathered in and related to the referenced grand jury.

It is further **ORDERED**:

This order and the motion which precipitated it are to be held under seal until a civil asset forfeiture action is filed or until the government otherwise requests and the Court directs that the seal be lifted.

ORDERED this 15 day of April, 1999.

_____
UNITED STATES DISTRICT JUDGE